IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
JAN 17 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

**MARCELIS JACKSON et al** )
    **Plaintiff Pro Se** ) CASE NO. 1:25CV00086 RP
)
v. ) Honorable Judge
)
**Elon Musk** )
    **Defendant** ) Other Statutory Actions

## COMPLAINT

President Trump is an oxymoron. Ignorant of the law has no excuse.

Ignorance, refusal, and denial of the origin of the two documented linguistic rules of law, fiction, non-fiction, alphabetically, and logically (binary notation), communicated in a written manner by every administrator, faculty members past, present and future graduate of every accredited law school in the United States of America that comprise the entire legal representation of Rupert Murdoch, Timothy Mellon, Harlan Crow, Elon Musk, an illegal alien, & Donald Trump a private citizen has no lawful excuse.

President Kamala D. Harris is the second lawfully elected female president of the United State of America effective upon receipt. Elon Musk a private citizen (a traitor) is to consider himself unless proven otherwise by the "Rule of Law" is currently engaged in an active coup against the lawfully elected leader of the United States of America. Mr. Musk should consider himself sued by "We The People" of the United States of America.

Mr. Musk you are being sued for the amount of $300 billion USD. This is not a request; these terms are non-negotiable. This is not a joke. The given "Rule of Law", the oath the oath used to give the test, money, is knowingly, willfully, and intentionally being used by Greg Abbott a private citizen, Dan Patrick a private citizen, Ken Paxton a private citizen, John Cornyn, Ted Cruz, and Ari Rastegar to personally take over control from the lawfully elected President of the United States.

It is sad commentary to be honestly able to say a tree, a rock, and a pile of day-old dog shit possesses more integrity, honesty, character much less a personal knowledge of the "Rule of Law" than the collective knowledge held by Judiciary Clarence Thomas, Samuel A. Alito, Neil Gorsuch, Brett Kavanaugh, Amy Coney

Barrett, and Brett Kavanaugh. The tree, the rock, the dog shit, and the "Rule of Law" all do not speak.

We do not recite the words "I swear to tell the truth, whole truth 'or' nothing but the truth".

Respectfully Submitted,

*[signature]*

MARCELIS JACKSON
1934 Rutland
Austin, Texas 78758
p. 903-240-8211
Email jmarcilas@gmail.com