IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MARCALIS JACKSON et al ) | CASE NO. 1:25-CV-00086 RP |
| ) | |
| Plaintiff -Pro Se ) | |
| ) | Honorable Judge |
| v. ) | |
| ) | |
| ELON MUSK ) | |
| Defendant ) | |
| ) | |

## AMENDED COMPLAINT

President Trump is an oxymoron. Ignorant of the law has no excuse.

Ignorance, refusal, and denial of the origin of the two documented linguistic rules of law, fiction, non-fiction, alphabetically, and logically (binary notation), communicated in a written manner by every administrator, faculty members past, present and future graduate of every accredited law school in the United States of America that comprise the entire legal representation of Rupert Murdoch (a traitor), Timothy Mellon (a traitor), Harlan Crow (a traitor), Elon Musk (A traitor), an illegal alien (a traitor), & Donald Trump a private citizen (a traitor) has no lawful excuse.

President Kamala D. Harris is the second lawfully elected female president of the United State of America effective upon receipt. Elon Musk a private citizen (a traitor) is to consider himself

1

unless proven otherwise by the "Rule of Law" is currently engaged in an active coup against the lawfully elected leader of the United States of America. Mr. Musk should consider himself sued by "We The People" of the United States of America.

Mr. Musk you are being sued for the amount of $300 billion USD. This is not a request; these terms are non-negotiable. This is not a joke. The given "Rule of Law", the oath the oath used to give the test, money, is knowingly, willfully, and intentionally being used by Greg Abbott a private citizen (A traitor), Dan Patrick a private citizen (a traitor), Ken Paxton a private citizen (a traitor), John Cornyn (a traitor), Ted Cruz (a traitor), and Ari Rastegar (a traitor) to personally take over control from the lawfully elected President of the United States.

It is sad commentary to be honestly able to say a tree, a rock, and a pile of day-old dog shit possesses more integrity, honesty, character much less a personal knowledge of the "Rule of Law" than the collective knowledge held by Clarence Thomas (a traitor), Samuel A. Alito (a traitor), Neil Gorsuch (a traitor), Brett Kavanaugh (a traitor), Amy Coney Barrett (a traitor), and Brett Kavanaugh (a traitor). The tree, the rock, the dog shit, and the "Rule of Law" all do not speak.

We do not recite the words "I swear to tell the truth, whole truth 'or' nothing but the truth".

### TO THE LEGAL REPRESENTATION OF ELON MUSK.

Effective upon receipt. You are being sued for the amount of 300 billion dollars. The reason, forthcoming.

2

Let there no misunderstanding on the part of Mr. Musk nor the members of the legal representation of Elon Musk. This is not a request. These terms not negotiable. I assure you all. This is not a joke. In the event that any part of the explanation forthcoming is deemed insufficient by Mr. Musk and the members of the legal representation of Elon Musk, to cease immediately their active part in the ongoing coup against the 'rule of law', you will be held liable in the amount of 500 billion dollars. This is not a request. this is nonnegotiable. This is not a joke.

Let there be as well, absolutely no misunderstanding on the part Elon Musk and the members of the legal representation of Elon Musk of crux of the matter at issue.
Elon Musk. Be advised. The decision on this matter has already been determined. The decision is not in your favor.

Kamala Devi Harris is currently seen by the 'rule of law' as the second female lawfully and unanimously elected by the 'rule of law' to the office of President of the United States of America.

Ignorant of the law has no excuse.

President Trump is an oxymoron.

The ignorant, repugnant, blatant, learned, denial, to the possible existence of the provisions of the two documented linguistic 'rules of law' (fiction/nonfiction), for spoken language

alphabetically and logically (binary notation) communicated in a written manner, by every administrator, faculty member, past, present, and future, graduate of every accredited law school in the United States that currently comprise the entire legal representation of Jeff Bezos, Rupert Murdoch, Timothy Mellon, Harlan Crow, and Donald Trump has no lawful excuse.

The giver of the rule of law, the oath used to give testimony is knowingly, willfully, and intentionally being used by Gregg Abbott, a private citizen, Dan Patrick, a private citizen, Ken Paxton, a private citizen, John Cornyn, a private citizen, Ted Cruz, a private citizen, and Ari Rastegar, a private citizen, to deny lawful recognition to Kamala Harris as the lawfully elected President of the United States.

It is the responsibility of Elon Musk and the members of the legal representation to know, forthcoming, the provisions of the 'rule of law', and to lawfully apply themselves accordingly. Donald Trump was, in fact, electorally, by popular vote, and constitutionally, elevated to the position of president. Donald Trump was not lawfully elected by the 'rule of law'.

It is such sad commentary when it can truthfully be told and lawfully proven, that a tree, a rock, and a pile of dog shit, possess, immensely, more integrity, character, honesty, and a perceived knowledge of the 'rule of law' than the actual knowledge of the 'rule of law', collectively being held, and displayed, held by Clarence Thomas, Samuel Alito, Neil Gorsuch, Brett Kavanaugh, Amy Coney Barrett, and John Roberts.

The tree, the rock, the day-old dogshit, and the 'rule of law' all physically exist.

Respectfully submitted,

*[signature]*

MARCALIS JACKSON

1934 Rutland Dr #345
Austin, TX 78758

[SEE ATTACHED TRUTH TABLE]

Process Service upon:

Elon Musk
Tesla, Inc.
3500 Deer Creek Road,
Palo Alto, CA 94304

5

| L | S | S/F | W/D | |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | |
| 0 | 0 | 1 | 0 | + |
| 0 | 1 | 0 | 0 | + |
| 0 | 1 | 1 | 0 | + |
| 1 | 0 | 0 | 0 | * |
| 1 | 0 | 1 | 0 | |
| 0 | 1 | 0 | 0 | |
| 1 | 1 | 1 | 1 | ☆ |

| T | W/T | NBT | J | |
|---|---|---|---|---|
| 0 | 0 | 0 | 0 | |
| 0 | 0 | 1 | 0 | |
| 0 | 1 | 0 | 0 | |
| 0 | 1 | 1 | 0 | |
| 1 | 0 | 0 | 0 | * |
| 1 | 0 | 1 | 0 | |
| 1 | 1 | 0 | 0 | |
| 1 | 1 | 1 | 1 | ☆ |

L— logic or origin of Truth

S— Science or origin of Whole Truth

S/F—Scientific or origin of Nothing But The Truth

W/D—Word of God or origin of Justic

T– Truth or Spoken Word/Anything you say

W/T—Whole Truth, makes truth physically possible

NBT—Nothing but the truth, origin of Whole Truth inherently unchallenged

Justice—Objective of the Court deemed by the Court the ONLY lawful origin of Justice

And– Rule of Law

Or—Or is not "AND" & has a compliment

1– Physically Exists

0– Does not physically exists

* - Miranda qualified immunity

★ - Rule of Law, Legal Council given by Court

6